UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY GERARD COFFELT, | ) | 1:03-cv-05276-REC-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 23) |
| v. | ) | |
| | ) | **ORDER DENYING AMENDED PETITION** |
| JOSEPH McGRATH, Warden, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | (Doc. 9) |
| Respondent. | ) | |
| | ) | **ORDER DIRECTING CLERK TO ENTER** |
| | | **JUDGMENT FOR RESPONDENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On March 14, 2005, the Magistrate Judge filed Findings and Recommendation that the Amended Petition for Writ of Habeas Corpus be DENIED, and judgment be entered in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On April 28, 2005, Petitioner filed objections to the Findings and Recommendation.

//

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendation is supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.   The Findings and Recommendation, filed March 14, 2005,
10 are ADOPTED IN FULL;
11   2.   The Amended Petition for Writ of Habeas Corpus is DENIED;
12 and,
13   3.   The Clerk of Court ENTER judgment for Respondent.
14   IT IS SO ORDERED.
15 **Dated:  May 18, 2005**           **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE