1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JEFFREY GERARD COFFELT,               CV F   03-5276 REC SMS HC

10                        Petitioner,     ORDER GRANTING PETITIONER'S
                                          REQUEST FOR EXTENSION OF TIME TO
11         v.                             FILE NOTICE OF APPEAL

12                                        [Doc. 27]
    JOSEPH McGRATH, Warden
13
                          Respondent.
14   _____/

15
16         On May 19, 2005, the petition for writ of habeas corpus was denied and judgment was

17   entered.  On June 6, 2005, Petitioner filed a request for an extension of time to file a notice of

18   appeal.

19         A notice of appeal must be filed by the district clerk within 30 days after the judgment or

20   order appealed from is entered.  See FRAP 4(a)(1)(A).  However, the district court may extend time

21   to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of

22   appeal expires, and the party shows excusable neglect or good cause.  See FRAP 4(a)(5)(A)(i).

23   Petitioner filed his motion to extend time on June 6, 2005, which is less than 30 days after the entry

24   of judgment.  In his motion to extend time, Petitioner shows good cause for the extension, citing

25   prison lockdowns and denial of access to his legal materials over which he has no control.

26   Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT

27   
28   IS HEREBY ORDERED that Petitioner's motion to extend time to file the appeal is GRANTED

1

until thirty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:  June 9, 2005**          ___/s/ Robert E. Coyle___
668554                            UNITED STATES DISTRICT JUDGE